**George VENESKY, Appellant,**

v.

**Mark S. SCHWEIKER, in his capacity as Governor, Appellee.**

Supreme Court of Pennsylvania.

Sept. 25, 2002.

***ORDER***

PER CURIAM.

**AND NOW,** this 25th day of September, 2002, the order of the Commonwealth Court is hereby affirmed.

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Kevin FRAZIER, Appellant.**

Supreme Court of Pennsylvania.

Sept. 30, 2002.

***ORDER***

PER CURIAM.

**AND NOW,** this 30th day of September, 2002 the appeal is hereby dismissed as improvidently granted.